AO 450 (Rev. 5/85) Judgment in a Civil Case

# *United States District Court*
### Southern District of Ohio

### JUDGMENT IN A CIVIL CASE

**Jerry Rice,**

      **Plaintiff,**

            **v.**            **Case Number: 2:07-cv-547**
                                       **Judge Smith**

**Jefferson Pilot financial Insurance Co.,**    **Magistrate Judge King**

      **Defendant.**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ ]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[ X ]**    **Decision by Court.**    This action was decided by the Court without a trial or hearing.

    **IT IS ORDERED AND ADJUDGED**

    Pursuant to and Order dated August 25, 2008 the Court GRANTS Defendant's Motion for Judgement on the Merits and DENIES Plaintiff's Motion for Judgment on the Administrative Record.

**August 25, 2008**                    <u>s/JAMES BONINI</u>
**Date**                                      **Clerk**

                                          <u>*s/Lisa V. Wright*</u>
                                          **(By) Deputy Clerk**